5

FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
in the UNITED STATES DISTRICT COURT for the SOUTHERN DISTRICT of GEORGIA

Roderick Wayne Spivey
Travis Earl Spivey
Seniee Darlene Gill
Haley Michelle Swafford

(Enter above full name of plaintiff or plaintiffs)

v.

P33 - Gregory Nettles
        Ashley Nettles
Pierce County Sheriff Office
        Gregory Sasser

(Enter above full name of defendant or defendants)

5:24-cv-86

I.    Previous lawsuits

    A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?    Yes _____  No _✓_

        If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.    Parties to this previous lawsuit:

            Plaintiffs: _____

            Defendants: _____

        2.    Court (if federal court, name the district; if state court, name the county):

        3.    Docket number: _____

        4.    Name of judge assigned to case: _____

6

5.   Disposition
     (for example, was the case dismissed?  appealed?  is it still pending?):

     _____

6.   Approximate date of filing lawsuit:   _____

7.   Approximate date of disposition:   _____

8.   Were you allowed to proceed *in forma pauperis* (without prepayment of
     fees)?                                        Yes _____  No _____

B.   While incarcerated or detained in any facility, have you brought any lawsuits in
     federal court which deal with facts other than those involved in this action?
                                                   Yes _____  No _____

     If your answer to B is yes, describe each lawsuit in the space below.  (If there is more
     than one lawsuit, describe the additional lawsuits on another piece of paper, using the
     same outline.)

     1.   Parties to previous lawsuit:

          Plaintiffs:    _____

          Defendants:    _____
                         _____

     2.   Court (name the district):

          _____

     3.   Docket number:   _____

     4.   Name of judge assigned to case:   _____

     5.   Disposition
          (for example, was the case dismissed?  appealed?  is it still pending?):

          _____

     6.   Approximate date of filing lawsuit:   _____

7.    Approximate date of disposition:    _____

8.    Were you allowed to proceed *in forma pauperis* (without prepayment of fees)?    Yes _____ No _____

C.    As to any lawsuit filed in federal court where you were allowed to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?    Yes _____ No ✓

   1.    If your answer to C is yes, name the court and docket number for each case:

   _____    _____
   _____    _____
   _____    _____
   _____    _____

II.    Place of present confinement:  Coastal  State  Prison  GA

A.    Is there a prisoner grievance procedure in this institution? Yes ___ No ✓

B.    Did you present the facts relating to your complaint to the appropriate grievance committee?    Yes ___ No ___

C.    If your answer to B is yes:

   1.    What steps did you take? _____
   _____
   _____
   _____
   _____

   2.    What was the result? _____
   _____
   _____
   _____
   _____

3.  Did you appeal any adverse decision to the highest level possible in the administrative procedure?                    Yes _____ No _____

If yes, what was the result? _____
_____
_____
_____

D.  If you did not utilize the prison grievance procedure, explain why not: _They_
_dont hcre one_ _____
_____

## III.   Parties

(In Item A below, list your name as plaintiff and current address.  Provide the name and address of any additional plaintiffs on an attached sheet.)

A.  Name of plaintiff: _Roderick Wayne Spivey_
Address: _Coastal State Prison GA_
_Home - 4554 County Farm Rd._
_Blackshear GA  31516_

(In Item B below, list the defendant's full name, position, place of employment, and current address.  Provide the same information for any additional defendants in Item C below.)

B.  Name of defendant: _P33. Gregory Nettles_
Position: _Pierce County Sheriff Deputy_
Place of employment: _Pierce Sheriffs office_
Current address: _300 Industrial Blvd_
_Blackshear  GA    31516_

C.  Additional defendants: _Ramsey Bennett. Lt. Henderson_
_Pierce County Sheriff_
_300 Industrial Blvd_
_Blackshear GA    31516_

_Ashley Nettles_
_Probation office Ware County_
_Blackshear  GA  31516_

4

9

IV. Statement of Claim

State here as briefly as possible the FACTS in your case. Describe how each defendant is personally involved in the depriving you of your rights. You must include relevant times, dates, places, and names of witnesses. DO NOT GIVE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I have been being Harrassed by P33 Officer Gregory Nettles of the Pierce County Sherrifs office in Blacksher GA. 300 Industrial Blvd 31516

Officer Nettles and his Wife Ashley Nettles Conspired at home and he Intruted into 4559 without homeowner being home and Arrested me and Searched without warrent. Then he Falsified Affidavits Arbivery search. No probable cause, No plain view.

Conflict of Interest
I was not on probation at the time of Arrest.

10

V.    Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Need Council to discuss this. Could you please help me with A Public Defender.

Also please help me Appeal.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __10__ day of __October__, 20 24.

Prisoner No. __734911__

_____
(Signature of Plaintiff)

# INMATE FORM FOR WRIT OF HABEAS CORPUS
## INSTRUCTIONS – READ CAREFULLY

**(NOTE:  O.C.G.A. §9-10-14(a) requires the proper use of this form, and failure to use this form as required will result in the clerk of any court refusing to accept the action for filing.)**

1. Any action filed by an inmate of a state or local penal or correctional institution against the state or a local government or against any agency or officer of a state or local government must be filed on the appropriate form or forms promulgated by the Administrative Office of the Courts of Georgia.

2. This application must be legibly handwritten or typewritten, and signed by the petitioner. Any false statement of a material fact may serve as the basis for prosecution for perjury. All questions must be answered concisely in the proper space on the form.

3. Any inmate may submit with the complaint or other initial pleading any additional matter in any form if the pleading includes the form or forms attached hereto.  Material attached to the forms should be legibly handwritten, typewritten, or copied.

4. Upon receipt of the appropriate filing fee or if permission to proceed in forma pauperis has been granted, your petition will be filed if it is in proper order.

5. If the inmate wishes to file an affidavit of indigency, it must be accompanied by a certification from the institution wherein the inmate is incarcerated that the financial statement correctly states the amount of funds in any and all custodial accounts held with the institution.

6. O.C.G.A. §42-12-1 et seq. provides that an inmate's institutional account shall be frozen, and funds seized for court costs and fees.  Additionally, the filing of frivolous litigation shall result in a deduction from the account.

7. Any action brought pursuant to this article shall be filed within one year in the case of a misdemeanor, except as otherwise provided in Code Section 40-13-33, or within four years in the case of a felony, other than one challenging a conviction for which a death sentence has been imposed or challenging a sentence of death. O.C.G.A. §9-14-42(c).

8. Any Inmate Form for Writ of Habeas Corpus which does not conform to these instructions will be returned with a notation as to the deficiency.

9. These forms may be obtained at the Administrative Office of the Courts' website or from the Administrative Office of the Courts through the head of the institution in which the inmate is incarcerated.

Revised 9-10-14

IN THE SUPERIOR COURT OF _____Pierce._____
STATE OF GEORGIA

_____Roderick Spivey_____
_____734911_____ Petitioner
_____ Inmate Number

vs.

_____ Warden
_____ Respondent
(Name of Institution where you are now located)

Civil Action No. _____

Habeas Corpus

**APPLICATION FOR WRIT OF HABEAS CORPUS**

## PART I: BACKGROUND INFORMATION ON YOUR CONVICTION

1. Name, county, and court which entered the judgment of conviction under attack:
   Superior Court of Pierce County GA.

2. Date of conviction: July 13, 2024
   (Please Note: O.G.C.A. § 9-14-42(c) mandates that applications for writ of habeas corpus must be filed within a certain time. Please see Instructions (7) for more information.)

3. Length of sentence(s): 7 yrs.

4. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time? ☒ Yes    ☐ No

5. Name of offense(s). List all counts: Posession of Schedule III,
   Posession of Methamphetamine, Drug Not in orginel
   concing

6. What was your plea? Please check one:
   ☐ Guilty
   ☐ Guilty but mentally ill
   ☐ Nolo contendere
   ☒ Not guilty
   If you entered a guilty plea to one count or indictment, and a not guilty or nolo contendere plea to another count or indictment, give details: N/A
   _____
   _____

7. Kind of trial. Please check one:
   ☒ Jury
   ☐ Judge only

8. Did you testify at the trial? ☒ Yes    ☐ No

9. Did you appeal from the conviction?   ☒ Yes       ☐ No

10. If you did appeal, answer the following:

   Name of appellate court to which you appealed: _U.S. District of Appeals_

   Result of appeal: _No response_

   Date of result: _N/A_

11. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this conviction in any state or federal court?
   ☐ Yes      ☒ No

12. If your answer to 11 was "Yes," give the following information: (Note: If more than three petitions, please use a separate sheet of paper and use the same format to list them.)

   A. Name of court and case number: _____

      What kind of case or action was this? _____

      All grounds raised (attach extra sheet of paper if necessary) : _____

      _____

      _____

      Did a judge hear the case?   ☐ Yes ☐ No    Did witnesses testify? ☐Yes   ☐No

      Name of Judge: _____

      Result: _____

      Date of Result: _____

   B. As to any second petition, application or motion, give the same information.

      Name of court and case number: _____

      What kind of case or action was this? _____

      All grounds raised (attach extra sheet of paper if necessary) : _____

      _____

      _____

      Did a judge hear the case?   ☐ Yes ☐ No    Did witnesses testify? ☐Yes   ☐No

      Name of Judge: _____

      Result: _____

      Date of Result: _____

   C. As to any third petition, application or motion, give the same information.

      Name of court and case number: _____

      What kind of case or action was this? _____

      All grounds raised (attach extra sheet of paper if necessary) : _____

      _____

      _____

Did a judge hear the case?  ☐ Yes ☐ No    Did witnesses testify? ☐ Yes  ☐ No

Name of Judge: _____

Result: _____

Date of Result: _____

D. Did you appeal to the Georgia Supreme Court or the Georgia Court of Appeals from the result taken on any petition, application, or motion listed above?

First petition, application or motion:     ☐ Yes    ☐ No

Second petition, application or motion:    ☐ Yes    ☐ No

Third petition, application or motion:     ☐ Yes    ☐ No

E. If you did not appeal from the denial of relief on any petition, application or motion, explain briefly why you did not: _____

_____

_____

F. If you appealed to the highest state court having jurisdiction, did you file a petition for certiorari in the United States Supreme Court to review the denial of your petition by the Georgia Supreme Court or the Georgia Court of Appeals?    ☐ Yes    ☒ No

13. Do you have any petition or appeal now pending in any court, either state or federal, as to the conviction under attack?    ☐ Yes    ☒ No

14. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

At preliminary hearing: *Did not have Preliminary*

_____

At arraignment and plea: *Gregory Sasser*
*Douglas GA Coffee County GA.*

At trial: *Gregory Sasser*

At sentencing: *Shaun Wildes Gregory Sasser*
*P33. Gregory Nettles*

On appeal: _____

_____

In any post-conviction proceeding: _____

_____

On appeal from any adverse ruling in a post-conviction proceeding: _____

_____

15. Do you have any other sentence, either state or federal, to serve after you complete the sentence imposed by the conviction under attack?    ☐ Yes    ☒ No

If so, give the name and location of the court(s) which impose any other sentence:

_____

_____

State the date and length of any other sentence to be served: _____

_____

Have you filed, or do you contemplate filing, any petition attacking the judgment(s) which imposed any other sentence?　　　☐ Yes　　☐ No

## PART II: STATEMENT OF YOUR CLAIMS

State concisely every ground on which you now claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting the same.

GROUND ONE: Violation of 1st, 4th, 8th
14th Amendments. No search Warrant.

SUPPORTING FACTS. (Tell your story *briefly* without citing cases or law): Falsifying
Affidavits, Malicious and Arbitrary
Arrest & imprisonment.

GROUND TWO: Conflict of Interest, Harrassment
Breach of Oath of Office

SUPPORTING FACTS. (Tell your story *briefly* without citing cases or law): Have
exausted verbal & written
complaints with Pierce County
Sheriff and Sheriff office.

GROUND THREE: After Arrest, Physically
attacked with Aggravated Assault.

SUPPORTING FACTS. (Tell your story *briefly* without citing cases or law): Causing
Head trauma & injury and
Broken Bones in Back.

GROUND FOUR: Health injuries & Mental

Disabilities, Medical Malpractice

SUPPORTING FACTS. (Tell your story *briefly* without citing cases or law): Kept

meny Hospital & Medical Bills

Overdue

Also Ineffective Assistance

of Council - Representation.

Public Defender - Gregory

Sesser

## PART III: OTHER CLAIMS NOT PRESENTED TO A COURT BEFORE THIS

If any of the grounds listed in PART II were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them:

Even After being arrected For 18 days.
Gregory Falsly, crested 9 other
Affidavits, to one for Felony
escape also Felony Terrorise
threets

Wherefore, petitioner prays that the Court grant relief to which the petitioner may be entitled in this proceeding.

_____          _____
                                          Date

_____
Signature and Address of Petitioner's
Attorney (if any attorney)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing statements made in this Application for Writ of Habeas Corpus are true and correct.

Executed on  Oct 10, 2024
             Date

_____
Signature of Petitioner

Sworn to and subscribed before me this
_____ day of _____, 20____.

_____
Notary Public or Other Person Authorized to Administer Oaths

Please note that under O.C.G.A. § 9-14-5 Service of a petition of habeas corpus shall be made upon the person having custody of the petitioner. If you are being detained under the custody of the Georgia Department of Corrections, an additional copy of the petition must be served on the Attorney General of Georgia. If you are being detained under the custody of some authority other than the Georgia Department of Corrections, an additional copy of the petition must be served upon the district attorney of the county in which the petition is filed. Service upon the Attorney General or the district attorney may be made by mailing a copy of the petition and a proper certificate of service.

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the opposing party(ies) to this action with a true and correct copy of the with and foregoing _____

By placing the same in the United States Mail, with adequate postage thereon to ensure prompt delivery, and addressing it to:

| | |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

| | |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

This_____ day of _____ 20____

_____
Pro Se

_____

Sworn to and subscribed to before me

This_____ day of _____ -20_____

_____

NOTARY PUBLIC

My commission expires:_____

# INMATE FORM FOR CIVIL ACTIONS FILED IN THE SUPREME COURT OF GEORGIA

## INSTRUCTIONS – READ CAREFULLY

(NOTE:    OCGA § 9-10-14  (a) requires the proper use of this form, and failure to use this form as required will result in the clerk of any  court refusing to accept the action for filing.)

Original petitions filed in the Supreme Court of Georgia will only be granted under extremely rare circumstances. An original petition for mandamus against a superior court judge will be considered by the Supreme Court only when a stand-alone petition for mandamus was first filed in the same superior court to be decided by another judge and that procedure proved ineffective.  See <u>Brown v. Johnson</u>, 251 Ga. 436 (306 SE2d 655) (1983); <u>Graham v. Cavender</u>, 252 Ga. 123 (311 SE2d 832) (1984).

1. Any action filed by an inmate of a state or local penal or correctional institution against the state or a local government or against any agency or officer of a state or local government must be filed on the appropriate form or forms promulgated by the Administrative Office of the Courts of Georgia.

2. This application must be legibly handwritten or typewritten, and signed by the petitioner.  Any false statement of a material fact may serve as the basis for prosecution for perjury.  All questions must be answered concisely in the proper space on the form.

3. OCGA § 42-12-1 et seq. provides that an inmate's institutional account shall be frozen, and funds seized for court costs and fees. Additionally, the filing of frivolous litigation shall result in a deduction from the account.

4. Any inmate may submit with the complaint or other initial pleading any additional matter in any form if the pleading includes the form or forms attached hereto. Material attached to the forms should be legibly handwritten, typewritten, or copied.

Revised 4-28-15

5. Upon receipt of the appropriate filing fee or if permission to proceed in forma pauperis has been granted, your petition will be filed if it is in proper order.

6. If the inmate wishes to file an affidavit of indigence, it must be accompanied by a certification from the institution wherein the inmate is incarcerated that the financial statement correctly states the amount of funds in any and all custodial accounts held with the institution.

7. Any Inmate Form for Civil Action which does not conform to these instructions will be returned with a notation as to the deficiency.

8. These forms may be obtained at the Administrative Office of the Court's website (http://www.georgiacourts.gov/index.php/court-forms/101) or from the Administrative Office of the Courts through the head of the institution in which the inmate is incarcerated.

# IN THE SUPREME COURT OF GEORGIA

_____,
Plaintiff
_____,
_____ Inmate Number

Lower Court Case No.

vs.                    Nature of Action:

_____,     _____

_____,     _____

_____,     _____

_____,
Defendant(s)

## INMATE FORM FOR CIVIL ACTIONS FILED IN THE SUPREME COURT OF GEORGIA

## PART I: BACKGROUND INFORMATION ON YOUR CONVICTION

1. Name and location of prison in which you are now confined: _Coastal State Prison, P.O. Box 7150 Garden City GA. 31418_

2. Sentence you are now serving: _7 yrs_

   Name and location of court which imposed sentence: _Pierce County Superior Court Blackshear GA 31516_

   Approximate date your sentence will be completed: _12-4-2030_

3. The indictment number or numbers (if known) upon which, and the offense or offenses for which sentence was imposed:

   a. _____

   b. _____

   c. _____

4. Give the approximate date upon which sentence was imposed and the terms of the sentence:
   a. _7 years with_
   b. _4 in Confinement_

c. _____

5. Check whether a finding of guilty was made after a plea of:

    Guilty
    Guilty but mentally ill
    Nolo contendere
    (Not guilty)

6. If you were found guilty after a plea of not guilty, check whether the finding was made by:
    (Jury)
    Judge only

7. Did you appeal from the judgment of conviction or the imposition of sentence?
    (Yes)    No

8. If you did appeal, answer the following:

  a. The name of each court to which you appealed:
    1. U.S. District court of Appeals Atlanta GA.
    2. U.S. Southern District Savannah GA.
    3. Superior Court Clerk Blecks208r GA.

  b. The result in each such court to which you appealed:
    1. Nothing
    2. as of
    3. yet

  c. The approximate date of each such result:
    1. Oct 16, 2024
    2. Oct 17, 2024
    3. Oct 17, 2024

  d. If known, citations of any written opinion orders entered pursuant to such results:
    1. N/A
    2.
    3.

## PART II: OTHER LAWSUITS

9.    **OTHER THAN LAWSUITS ALREADY LISTED** in questions 3 through 8, have you ever begun or are you now beginning other lawsuits in federal or state courts dealing with the same facts involved in this action or relating to your imprisonment?
        Yes    (No) 

10.  If your answer to number 9 is "Yes," describe the lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline for each lawsuit.)

    a.  Parties to the previous lawsuit:

        Plaintiffs: _____

        _____

        Defendants: _____

        _____

    b.  Court (If federal court, name the district.  If state court, name the court and county) :

        | |
|---|

    c.  Docket Number: _____

    d.  Name of judge to whom case was assigned: _____

    _____

    e.  Date on which you filed lawsuit: _____

    f.  Date of disposition, if any, of lawsuit: _____

    g.  What was the lawsuit about? _____

    _____

    h.  What was the outcome of the lawsuit?  (For example, was the case dismissed?  Was it appealed?  Is it still pending?)_____

    i.  Citations, if known, to any written opinions or orders in the lawsuit: _____

    _____

## PART III: GRIEVANCE PROCEDURES

11.  Is there a prisoner grievance procedure at the institution in which you are presently confined?

    (Yes)      No

12.  If your answer to number 11 is "Yes," please answer the following:

    a.  Did you present the facts relating to your complaint in the institution's prisoner grievance procedures?    (Yes)    . No

    b.  If your answer to (a) above is "Yes,"
    What steps did you take? _Exgusted  pvocedure  to_
    _No  Avgi'l_
    What was the result? _Futile ._

    c.  If your answer to (a) above is "No," explain why not: _____

    _____

13. Tell what you have done, other than what you have described in question 12, to bring your complaints to the attention of prison officials. In doing so, give dates, places, and names of persons talked to.

July 13, Ramsey Bennett Pierce Jail
July 24. Henderson Pierce Jail 2
June Officer Bell & Officer Troy = Jackson
Sept 1 Officer O Coastal

June Sept Mental Health Counsler Jackson
Sept. Counsler or Intake Coastal

14. Names and approximate dates of entry and exit, and locations of all prisons and jails in which you have been incarcerated:

Pierce County Jail, GA    July 13 2024
Jackson State Prison    Aug 13, 2024
Coastal State Prison    Sept 1, 2024

15. Have you sought the relief you are now requesting in another court? If so, in which court did you file your pleading? Include the lower court case number, the county the pleading was made in, the date the filing was made, and the trial judge to whom the case was assigned.

_____

_____

_____

What was the disposition?

_____

_____

## PART IV: STATEMENT OF CLAIMS

16. List the name and address of each plaintiff in this lawsuit: Gregory Nettles
Ashley Nettles, Ramsey Bennett, The
Pierce County Jail & Sherriffs Office

17. List below for each defendant, the defendant's full name, official position, and place of employment. Attach additional paper if necessary.

| Full Name | Official Position | Place of Employment |
|---|---|---|
| Gregory Nettles | P33 Deputy | P.C.S.O. |

St Ashley Nettles    Ware Probation
Ramsey Bennet    Deputy    P.C.S, Or.
Sheriffs office

**STATEMENT OF CLAIM**

18.    Describe each and every **FACT**—no opinions or views, only the actual events—supporting and
explaining the basis for the lawsuit you have filed.  **DESCRIBE HOW EACH DEFENDANT
IS INVOLVED.**  Include also the names of other persons involved, dates and places.  If you
intend to allege a number of related claims, you should number and set forth each claim
separately.  **DO NOT GIVE ANY LEGAL ARGUMENT OR CITE ANY CASES OR
STATUTES.**  (You may attach additional sheets of paper if necessary.)

Clear violation of my constitutional
rights 1st 4th 8th 14th
Have been being Harressed by
Gregory Nettles for over 2
years, Him and his wife
conspired at their home
to injure & Harm myself.
Then after Arrest of falsifying
Affidavits I was kicked
and Violently Attacked in
the Pierce County Jail after
being in Jail over 18 days.
Have exausted filing complaints
with the sherrifs office. But
This only caused retaliation.

19.    List the name and present address of every person who you believe was a witness to the facts set
forth in number 18 and **BRIEFLY** state what each person knows (from having seen, heard, etc.)
concerning what happened.    Gregory Nettles - Blackshear GA.

This men was once my probation
officer. Have not been on any
probation for years, He came into
my Brothers home without search
warrent & Arrested me, the home owner

was not home. He Falsfied Affidavit. The person they were searching did not live in the home.

20. Please describe any legal argument you wish to make. You may add separate sheets of paper if necessary. It is not necessary that you present legal argument in order to obtain the relief to which you are entitled. The Federal Civil Rights Conspiracy Statute 42 U.S.C. 1985 (c3) - Falsfied Affidavit. Violation of established Statutory and constitutional rights and this with Malicious intention.

21. Briefly state the specific relief requested against each party. This means to state exactly what you want the court to do for you. **DO NOT MAKE ANY LEGAL ARGUMENTS. DO NOT CITE CASES OR STATUTES.** I Feel this should be discussed with Council.

_____

_____

_____

I declare (or certify, verify, or state) under penalty of perjury that the foregoing statements made in this Inmate Form for Civil Action are true and correct.

Executed on _____
                        Date

_____
                                    Signature of Plaintiff

Sworn to and subscribed before me this
_____day of_____, 20____.

_____
Notary Public or Other Person Authorized to Administer Oaths

Roderick Spivey L-A 734911
Coastal State Prison
P.O. Box 7150
Garden City GA 31418



Jacksonville, FL 322
WED 13 NOV 2024

United States District Court.
P.O. Box 8286
Savannah GA
31412

NOV 18 2024



COASTAL STATE PRISON
P.O. BOX 7150, GARDEN CITY, GA 31408-7150
"The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address."

GDC#:734911
SPIVEY, RODERICK WAYNE
Race:W, Sex:M, DOB:02/24/1974

GDC#:734911
SPIVEY, RODERICK WAYNE
Race:W, Sex:M, DOB:02/24/1974

GDC#:734911
SPIVEY, RODERICK WAYNE
Race:W, Sex:M, DOB:02/24/1974