Roderick Wayne Spivey #734911
Long State Prison
P.O. Box 70
Ludowici, GA 31316

## Mr. Benjamin Cheesbro

This letter is to inform the Court that I am Indigent. When the prison finally returned my Inmate trust account paperwork I sent change of Address with the requested paperwork. That being said, if only the court will hear this case. It will find the Defendents Unethical, Abuse of Power, And Breach of oath of office, I am in Long State prison. Please Grant motion to hear Testimony. Thanks

Roderick Spivey #7349?
Long State Prison
P.O. Box 70
Ludowici GA 31316

JACKSONVILLE FL 320
13 MAR 2025 PM 3 L

United States District Court
Southern District of Georgia
P.O. Box 1636
Brunswick GA 31521

31521-163636



LONG STATE PRISON
1620 HWY 84 EAST
LUDOWICI, GA 31316

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

INSPECTED BY
MAR 14 2025
U.S. Marshals Service/SCA