Pro Se 14 (GAS Rev. 12/17) Amended Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

Soothern District of GA.

Weycross Division

|  |  |  |
|---|---|---|
| Roderick Spivey | ) | Case No. 5:24-cv-86 |
| _____ | ) | _(to be filled in by the Clerk's Office)_ |
| Plaintiff(s) | ) |  |
| _(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)_ | ) ) ) ) |  |
| -v- | ) |  |
| Gregory Nettles | ) |  |
| Ashley Nettles | ) |  |
| Greg Sessor | ) |  |
| _____ | ) |  |
| Defendant(s) | ) |  |
| _(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.  Do not include addresses here.)_ | ) |  |

## AMENDED COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your amended complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I.     The Parties to This Amended Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the amended complaint.  Attach additional pages if needed.

Name                        Roderick   Spivey

All other names by which
you have been known:

ID Number                   266 89 2242

Current Institution         NA

Address                     4559  county  Farm  Rd
                            Blackshear    GA    31516
                            _City_        _State_  _Zip Code_

### B.     The Defendant(s)

Provide the information below for each defendant named in the amended complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this amended complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name                        Gregory   Nettles

Job or Title *(if known)*   Sherrifs  Deputy

Shield Number               P33

Employer                    Pierce  Shariffs  office

Address                     300  Industrial  Blvd.
                            Blackshear    GA    31516
                            _City_        _State_  _Zip Code_

☒ Individual capacity   ☒ Official capacity

Defendant No. 2

Name                        Ashley   Nettles

Job or Title *(if known)*   core  Dept  of  Conn. Supervision
                            Probation  officer

Shield Number

Employer                    Dept  of  Corrections

Address                     300  Industrial  Blvd.
                            Blackshear    GA    31516
                            _City_        _State_  _Zip Code_

☐ Individual capacity   ☒ Official capacity

Defendant No. 3
    Name               Greg Sasser
    Job or Title *(if known)*   Public Defender
    Shield Number       NA
    Employer          Douglas A Harney
    Address           300 Industrial Blvd.

Blackshear      GA       31516
*City*            *State*       *Zip Code*

☐ Individual capacity    ☒ Official capacity

Pierce County Jail

Defendant No. 4
    Name               Lt. Henderson, Ramsey Barnett
    Job or Title *(if known)*   Lt ct Jail     Sherriff
    Shield Number       NA
    Employer          Pierce Sherriffs Office
    Address           300 Industrial Blvd

Blackshear      GA       31516
*City*            *State*       *Zip Code*

☐ Individual capacity    ☒ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.     Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☒ State or local officials (a § 1983 claim)

B.     Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

First, Fourth, Fifth, Eighth, Fourteenth

C.     Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Greg Nettles, Ashley Nettles, Cross Cessor    Henderson
Conspiracy / Abuse of    Ineffective    Bennett
misuse of Arrest Warrant    Council    cruel and
False Arrest    Failure to file    unusual Punishment
perjury    Violation of    motions e    Denied Medical
Due process    Conflict of    care
Negligence    Interest    Negligence

III.   **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐    Pretrial detainee

☐    Civilly committed detainee

☐    Immigration detainee

☒    Convicted and sentenced state prisoner

☐    Convicted and sentenced federal prisoner

☐    Other *(explain)* _____

IV.   **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

Blackshear    GA    Harassment    2021
    Retaliation    2022
    Unlawful    Search & Arrest    Feb 24 2023

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

Pierce County Jail    Cruel Unusal
4-17-24    punishment

Pro Se 14 (GAS Rev. 12/17) Amended Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

On Feb 24, 2023

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Greg nettles

I was Herrassed and my home was Intrusian and unlawful search and seizure. False Arrest all without warrant Falsy imprisoned Greg nettles maliciously Prosecuted and on Affadavit commited Perjury on Affadavit and at Trial

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Physical Injuries
mental distress
Psychological Trauma
on-going mental issues
Long Term Impact

Broke Bones
in Back
Head Trauma
Internal Bleeding
Surjery cut scar
mri bones healed crooked

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Compensatory damages
Punitive damages
Injunctive relief
Attorney Fees
loss of wages
since Feb 24, 2023
Incarcerated Unlawfully
For 22 months

Pain, suffering
mental Anguish
ongoing symptoms
medical Bills
close to 100,000

## VII.    Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes    *and*    *No.*

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

*Pierce County Jail*
*Jackson State Prison*
*Coastal State prison*

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☒ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☒ No

☐ Do not know

If yes, which claim(s)?

Pro Se 14 (GAS Rev. 12/17) Amended Complaint for Violation of Civil Rights (Prisoner)

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this amended complaint?

☐ Yes       *I tried and they put it*
☒ No        *me in the hole for it*

If no, did you file a grievance about the events described in this amended complaint at any other jail, prison, or other correctional facility?

☐ Yes
☒ No

E.    If you did file a grievance:

1.    Where did you file the grievance?       *NA*

2.    What did you claim in your grievance?       *NA*

3.    What was the result, if any?       *NA*

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

*I Filed For appeal and 42 U.C.G. 1983 At Coastel state prison*

Pro Se 14 (GAS Rev. 12/17) Amended Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

   1.   If there are any reasons why you did not file a grievance, state them here:



I tried at the Jail
also at coastal but
No response

   2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:



I informed the floor officers
and they put me in
the hole

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.



while I was in hole
I spoke with the Female
Lt.

*(Note: You may attach as exhibits to this amended complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.



N/A

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

    Plaintiff(s) _____

    Defendant(s) _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

    _____

3.  Docket or index number

    _____

4.  Name of Judge assigned to your case

    _____

5.  Approximate date of filing lawsuit

    _____

6.  Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition. _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _____

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?    *N̸B*

☐ Yes

☒ No

D.     If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

       Plaintiff(s)        _____

       Defendant(s)       _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

       _____

3.    Docket or index number

       _____

4.    Name of Judge assigned to your case

       _____

5.    Approximate date of filing lawsuit

       _____

6.    Is the case still pending?

       ☐ Yes

       ☐ No

       If no, give the approximate date of disposition     _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

## IX.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this amended complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.      For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   Sept 17, 2025

Signature of Plaintiff   *Roderick Spivey*

Printed Name of Plaintiff   Roderick Spivey

Prison Identification #   734911

Prison Address   on Parole

Pro Se

| | City | State | Zip Code |

### B.      For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

| | City | State | Zip Code |

Telephone Number

E-mail Address

In the United Styles District Court For the Southern District of GA

Roderick Spivey                     Case #
        Plaintiff                   5:24-cv-86


Greg Nettles
Ashley Nettles
Greg Jasser
Lt. Henderson
Ramsey Bennett
Pierce County Sgl


Amended Complaint For
    Violation of Civil Rights


Section 42 O.S.G.C.
1983 Civil Rights
        Violations


Violation of Fourth
amendment Unlawful search
and seazure without
warrant or Probable
    Cause or Reason

# Nature of Action

This is a 42 U.S. Code 1983 Federal civil rights case under the First, Fourth, Fifth, Eighth, and Fourteenth Amendments of the United States Constitution.

# Jurisdiction and Venue

1. The Plantiff brings this action pursuant 42 U.S.C. 1983 For violations of civil rights under the First, Fourth, Fifth Eighth, and Fourteenth amendments of the United States Constitution

2. Venue is proper in this Judicial district and division.

3. At all material times, Defendants committed these unlawful violations under color of state law in Bad Faith and with malicious purpose in reckless and willful disregard of Plaintiffs human and property rights.

# Parties

4. Plaintiff Roderick Spivey is an Adult male GA Resident Residing At 4559 county Farm Rd Blackshear GA 31516

5. Defendent Gregory Nettles is a Former Probation officer now Sherrifs Deputy with the Pierce County Sherifs office Gregory Nettles once supervised Plaintiff as his P.O. years back when he was employed with the Probation office

6. Defendent Ashley Nettles is employed with the State Dept of Probation and was also once Supervised Plaintiff as his P.O. years Back,

7. Defendent Greg Sasser is a State Public defender and was the Public defender assigned with Plaintiffs charges, court proceeding and Trial

1. Defendent Lt. Henderson is
or was employed at the
Pierce County Jail and is
responsible for Plaintiffs
Physical injuries & Jailors involved
Frankey Schreder
Demarkus Miller

2. Defendent Ramsey Bennett
The Sherrif of Pierce County,
Employed at The Pierce County
sherrifs office

16. Defendent Pierce County
Jail and Sherrifs Office

# Factual Allegations

1. Harrassment. After many times it became Pattern Greg Nettles Unlawfully pulled plaintiff over searching without probable cause.

2. Plaintiff Filed Complaints with Ramsey Bennett and the Internal Affairs of the Pierce Count Sheriff's Office

3. Then the Defendent Greg Nettles began to Retaliate against Plaintiff on many occasions even pulling him over on a bicycle and searching with No Probable cause

4. I was when Defendent Greg Nettles pulled into someones yard where Defendent was parked and visiting that Plaintiff knew that Greg and His spouse Ashley Nettles were Conspiring, Conspiracy with intent to harm.

5. Defendents Greg Nettles and his Spouse with malicioos intent Conspired to Unlawfully enter, Arrest and Search the Plaintiffss home without a Search Warrant or an Arrest werrant For the Plciwfiff

6. Plaintiff was Falsley Arrested without Probable cause. And while at the Jail For some time the Defendent with malice and no cause put 2 charges more on Plainlify
1. Escape
2. Terrestic Threats

7. Defendent Greg Sasser the assigned Poblic Defender never discussed my case with me. Would File no motions or Investigate. Ineffective councel Incompetent. And admitted he discussed my case with Ashley Nettles. Breaching Considerortly

8. While Plaintiff was in the Pierce County Jail the Lt. Henderson and 3 Pierce County Jail Staff Officers came into the Handicapped Cell while Plaintiff sitting on Bunk Lt. Henderson commanded Plaintiff to place his hands on wall.

9. When Plaintiff complied the Officers choked and slammed him onto the concrete Floor and after cuffing him Lt Henderson and Officers Kicked Plaintiff in his back and Punched him in the Head.

10. Resulting in Broke bones in Back, Concussion and passing blood through Urine for weeks.

11. Plaintiff has substantial amount of Medical resulting from Injuries

12. The Facts of this suit is on the Grounds of a Conflict of Interest and Conspiracy with malice and Intent to harm Plaintiff.

13 Defendent Greg Nettles has No Protection of Immunity by Not using a nutrvel magistrate to have Search warrants

14. Furthermore plaintiff can show evidence of Falsified Affidauit and Persury at Trial.

15. These Violations of Plaintiffs rights resulted in Being Sentenced to Prison, This Dvs are criminialy disregarding Ga. State and Federal laws.

# Counts

Count 1, Defendents Personally
Maliciously, and Under Color
of State law, abused their
power violated Plaintiffs Rights
By violating Plaintiffs rights
Defendoment, in Bad Faith
Searched and Arrested without
Probable Cause or Warrant,

Count 2. Defendent Greg Sasser
is a Public Defender yet
he is either Incompint or
as it appeared he only
segled my wrongful Conviction
Ineffective Councel and Breach
of Attorney-Cient Privilege,

Count 3, Cruel and Unusual
Punishment Plaintiff was
Brutilley Choked, Beat and Kicked.
resulting in lasting Injuries

Count 4, As a result of claims
Plaintiff suffers from chronic
Mental health Disability.

Count 5. State Tort of Civil Conspiracy against Defendents Greg Nettles and Ashley Nettles. Defendents conspired together to committ illegal search and seizure of Plaintiff. Violating Constitunal rights and Breaching their Oath of office using Plaintiffs confidentual Records From past supervision Files.

## Relief Requested

Wherefore the Plaintiff requests the Following Relief:

A. Trial by Jury on all issues trieble by State and Federal laws.

B. General and Special Compensatory damages

C. Punitive Damages

D. Injunctive relief ordering Defendents to cease from Unlawful Acts

E. Award to Plaintiff of reasonable Attorney Fees and costs For Public Defender

F. Further Relief For
Plaintiffs medical bills
resulting from Injuries resulting
from these Unlawful violations
F. Relief For Mental Anguish
as well as Pain and suffering.
G. Relief Damages From loss
of Job and Income From
Feburary 24, 2023


Plaintiff is Filing in
Forma Pauperis

Complaint and Demand
For Jury Trial

Plaintiff Filing Motion
and prays the Court
will Grant A Public
defender. I am Indigent
Filing in Forma Pauperis
Relief will be decided
a trial

Roderick Spivey
Sept 19, 2025

Based on the additional details you've provided, this situation appears to involve multiple serious legal and ethical violations. Let's break down the issues:

1. Conspiracy and Abuse of Power: The collaboration between the probation officer wife and police officer husband to target a former probationer using privileged information is a clear abuse of power and potentially criminal conspiracy.

2. Harassment and Coercion: Threatening the young woman to get information is illegal and a violation of her rights.

3. Misuse of Arrest Warrant: Using an arrest warrant for one person as a pretext to search another person's property is illegal.

4. Fourth Amendment Violation: The girl's Fourth Amendment waiver does not extend to other residents of the home. Searching the man's room based on her waiver is a clear violation of his Fourth Amendment rights.

5. False Arrest: Arresting the man without proper cause or warrant is illegal.

6. Falsification of Evidence: Claiming "plain view" for contraband found in a closet is a falsification of evidence.

7. Perjury: Lying under oath during the trial is perjury, which is a serious criminal offense.

All of these actions are indeed illegal and represent severe misconduct and corruption. This behavior violates not only Georgia state laws but also federal laws and constitutional rights.

If these events occurred as described, the affected individuals should consider the following actions:

1. Consult with a criminal defense attorney or civil rights lawyer immediately.

2. File a complaint with the Internal Affairs department of the relevant law enforcement agencies.

3. Contact the Georgia Bureau of Investigation and the FBI to report these civil rights violations and police misconduct.

4. Consider filing a Section 1983 civil rights lawsuit.

5. If a conviction resulted from this misconduct, explore options for appeal or post-conviction relief.

This situation represents a severe breach of public trust and abuse of law enforcement power. It's crucial to document all details and seek legal counsel to address these violations through proper channels.

Thank you for providing those additional details. Based on this information, I can offer a more specific assessment of potential damages in your Section 1983 civil rights case:

1. False Imprisonment: The extended period of wrongful incarceration (21 months total) could result in substantial damages. Courts often award anywhere from $500 to $3,000 per day of false imprisonment, which could amount to $315,000 to $1,890,000 for this aspect alone.

2. Physical Injuries: Broken bones in your back, concussion, internal bleeding, and a back that healed incorrectly are all serious injuries. These could warrant significant compensatory damages for medical expenses, pain and suffering, and potential future medical needs. This could range from hundreds of thousands to over a million dollars.

3. Ongoing Pain and Suffering: The fact that you're still experiencing pain more than a year after the incident increases the potential damages.

4. Loss of Employment: You can claim lost wages from the date of the incident (02/24/2023) until now, and potentially future lost earnings if your injuries affect your ability to work.

5. Other Constitutional Violations: The multiple serious constitutional violations (cruel and unusual punishment, malicious prosecution, retaliation, unlawful search and seizure) each add to the potential damages.

6. Punitive Damages: If the defendants' conduct was particularly egregious, punitive damages could be awarded, potentially doubling or tripling the compensatory damages.

Given all these factors, a case like yours could potentially result in a total damages award in the range of $2 million to $5 million or more, depending on the specific circumstances, the strength of the evidence, and the jurisdiction.

However, it's important to note that:

1. Every case is unique, and actual awards can vary significantly.
2. Many factors can influence the final outcome, including the specific evidence available, the jurisdiction, and the judge or jury.
3. Section 1983 cases can be complex and challenging to litigate.

For the most accurate assessment and to pursue your case effectively, it would be crucial to consult with an experienced civil rights attorney who can evaluate all the specifics of your situation.

This situation raises serious concerns about your right to due process and effective assistance of counsel. Here are the relevant statutes and legal principles that may apply:

1. Ineffective Assistance of Counsel:

 - Sixth Amendment to the U.S. Constitution

 - Strickland v. Washington, 466 U.S. 668 (1984) - Sets the standard for ineffective assistance of counsel claims

2. Due Process Violations:

 - Fifth and Fourteenth Amendments to the U.S. Constitution

 - O.C.G.A. § 17-1-2 - Right to due process

3. Failure to File Motions:

 - This falls under ineffective assistance of counsel if the motions had merit and failure to file them prejudiced your case

4. Conflict of Interest:

 - Georgia Rules of Professional Conduct, Rule 1.7 - Conflict of Interest

 - If your attorney discussed your case with the arresting officer's wife, this could be a serious ethical violation and conflict of interest

5. Suppression of Evidence:

 - O.C.G.A. § 17-5-30 - Motion to suppress evidence illegally seized

6. Violation of Attorney-Client Privilege:

 - Georgia Rules of Professional Conduct, Rule 1.6 - Confidentiality of Information

For inadequate counsel claims in Georgia, you would typically raise these issues in a habeas corpus petition under O.C.G.A. § 9-14-42.

These issues, especially the public defender's refusal to file motions and their discussion of your case with the arresting officer's wife, are very serious and could potentially form the basis for an appeal or a habeas corpus petition.

It's crucial to consult with a new, experienced criminal defense attorney or appellate lawyer who can review your case in detail. They can help you understand your options for challenging the conviction based on ineffective assistance of counsel and due process violations. They may also be able to file a complaint with the State Bar of Georgia regarding the public defender's conduct.

Remember, there are strict time limits for filing appeals and habeas corpus petitions, so it's important to act quickly in seeking new legal representation to explore these options.

Roderick Spivey
4559 County Farm Rd.
Blackshear GA 31516



Clerk U.S. District Court
Post Office Box 8286
Savannah Georgia
31412

INSPECTED BY:
SEP 30 2025
U.S. Marshals Service/SGA